**[ORAL ARGUMENT NOT SCHEDULED]**

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| GPA MIDSTREAM ASSOCIATION,<br><br>Petitioner,<br><br>v.<br><br>U.S. DEPARTMENT OF TRANSPORTATION &<br>  PIPELINE AND HAZARDOUS MATERIALS<br>  SAFETY ADMINISTRATION,<br><br>Respondents. | No. 22-1070 |

**STIPULATION FOR VOLUNTARY DISMISSAL**

The parties hereby agree that the above-captioned petition should be dismissed pursuant to Federal Rule Appellate Procedure 42(b). The parties will bear their own fees and costs.

|  | Respectfully submitted, |
|---|---|
| */s/ Keith J. Coyle* | */s/ Martin Totaro* |
| KEITH J. COYLE | MARTIN TOTARO |
| CHRISTINA MANFREDI MCKINLEY | ABBY C. WRIGHT |
| *Babst, Calland, Clements* | *Attorneys, Appellate Staff* |
| *& Zomnir, P.C.* | *Civil Division, Room 7525* |
| *505 9th Street, NW* | *U.S. Department of Justice* |
| *Suite 602* | *950 Pennsylvania Avenue NW* |
| *Washington, DC 20004* | *Washington, DC 20530* |
| *(202) 853-3460* | *(202) 514-5048* |
| *Counsel for petitioner* | *Counsel for respondents* |

May 22, 2024